WILLIAM M. SIMPICH (#106672)
Attorney at Law
1736 Franklin Street, Tenth Floor
Oakland, California 94612
Telephone: (510) 444-0226

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SALISBURY, | Case No. CV-02993-MMC |
| Plaintiffs, | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING ON DEFENDANT LANCE SANDRI'S MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| DET. MICHAEL WARD, et al, | |
| Defendants, | |

The parties through their attorneys hereby stipulate to continue the hearing on Defendant, Lance Sandri's Motion to Dismiss set for August 11, 2006 at 9:00 A.M. in Courtroom 7 of the U.S. District Court, Northern California District to September 8, 2006 at 9:00 A.M.

The parties further stipulate to continue the Case Management Conference in the above case set for August 11, 2006 at 10:30 A.M. in Courtroom 7 of the U.S. District Court, Northern California District to September 8, 2006 at 10:30 A.M.

Dated: July 19, 2006

WILLIAM M. SIMPICH.
Attorney for Plaintiff

-1-

1
2  Dated: July ___, 2006
3                                              _____
                                               TRICIA L. HYNES
4                                              Attorney for Defendant,
                                               Det. Ward & Union City Police Department
5
6
7  Dated: July 24, 2006
                                               _____
8                                              JOHN P. DEVINE
9                                              Attorney for Defendant,
                                               Lance Sandri
10
11
12 Dated: July ___, 2006
13                                             _____
14                                             MATT OREBIC
                                               Attorney for Defendants,
15                                             Ofc. Speelman and Sgnt Dougherty
16
17 Dated: July ___, 2006
18
19                                             _____
                                               HONORABLE MAXINE M. CHESNEY
20
21
22
23
24
25

-2-

Dated: July 20, 2006

*(signature)* Kimberly E. Colwell

TRICIA L. HYNES
Attorney for Defendant,
Det. Ward & Union City Police Department

Dated: July ___, 2006

JOHN P. DEVINE
Attorney for Defendant,
Lance Sandri

Dated: July ___, 2006

MATT OREBIC
Attorney for Defendants,
Ofc. Speelman and Sgnt Dougherty

Dated: July ___, 2006

HONORABLE MAXINE M. CHESNEY

-2-

Dated: July ___, 2006

_____
TRICIA L. HYNES
Attorney for Defendant,
Det. Ward & Union City Police Department

Dated: July ___, 2006

_____
JOHN P. DEVINE
Attorney for Defendant,
Lance Sandri

Dated: July 20, 2006

_____
MATT OREBIC
Attorney for Defendants,
Ofc. Speelman and Sgnt Dougherty

Dated: July 26, 2006

_____
HONORABLE MAXINE M. CHESNEY

-2-