IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SALISBURY,

    Plaintiff,

v.

DETECTIVE MICHAEL WARD, et al.,

    Defendants.
                                             /

No. C-06-2993 MMC

**ORDER STRIKING MOTION FOR LEAVE TO AMEND**

(Docket No. 34)

      Before the Court is plaintiff's motion, filed September 29, 2006, for leave to file an amended complaint. On October 10, 2006, the Court issued an order directing plaintiff to "immediately" submit chambers copies of the motion, in accordance with General Order 45 and the Court's standing orders. Plaintiff has not done so. In its October 10, 2006 order, the Court expressly warned plaintiff that if he failed to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court would consider imposing "sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court." Additionally, the motion fails to comply with the Civil Local Rules because it does not include a memorandum of points and authorities. See Civil L.R. 7-4.

      Accordingly, the motion for leave to amend is hereby STRICKEN from the record without prejudice to plaintiff's refiling a motion to amend in compliance with General Order 45, the Court's standing orders, and the Civil Local Rules of this district.

1  This order terminates Docket No. 34.
2  **IT IS SO ORDERED.**
3  Dated: October 16, 2006

_____
MAXINE M. CHESNEY
United States District Judge