IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SALISBURY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DETECTIVE MICHAEL WARD, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-06-2993 MMC<br><br>**ORDER GRANTING DEFENDANT LANCE SANDRI'S UNOPPOSED MOTION TO DISMISS; VACATING HEARING**<br><br>(Docket No. 56) |

　　　　Before the Court is defendant Lance Sandri's ("Sandri") motion, filed December 4, 2006 and noticed for hearing January 12, 2007, to dismiss all claims asserted against him. Pursuant to Civil Local Rule 7-3(a), any opposition to the motion was required to be filed no later than December 22, 2006. See Civil L.R. 7-3(a) (requiring opposition to be filed "not less than 21 days before the hearing date"). To date, no opposition has been filed. Having considered the papers filed in support of the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the January 12, 2007 hearing.

　　　　For the reasons set forth in Sandri's motion, the motion to dismiss is hereby GRANTED and all claims asserted against Sandri are hereby DISMISSED.

　　　　This order terminates Docket No. 56.

　　　　**IT IS SO ORDERED.**

Dated: January 3, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge