1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12   MICHAEL SALISBURY,          )
                                 )
13           Plaintiff(s),       )      No. C06-2993 MMC (BZ)
                                 )
14      v.                       )
                                 )      **ORDER SCHEDULING TELEPHONIC**
15   DETECTIVE MICHAEL WARD, et  )      **CONFERENCE**
     al.,                        )
16                               )
             Defendant(s).       )
17                               )
     _____ )

18

19       Having reviewed defendants' motion to compel discovery,

20   **IT IS HEREBY ORDERED** as follows:

21       1.  Plaintiff shall state his position on the discovery

22   disputes at issue in a letter of no more than two pages to be

23   filed by **noon, April 3, 2007.**  In this letter, plaintiff's

24   counsel shall affirm under Rule 11 whether he has met and

25   conferred with counsel for defendants about this dispute.

26       2.  A telephone conference to discuss the outstanding

27   dispute is scheduled for **April 5, 2007 at 9:30 a.m.**  Counsel

28   for defendant shall get counsel for plaintiff on the line and

                                 1

1   call the court at **415-522-4093**.

2   Dated: March 30, 2007

3

4                                          Bernard Zimmerman
                                 United States Magistrate Judge

5

6   G:\BZALL\-REFS\SALISBURY\TEL.CONF.ORDER.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2