UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SALISBURY,<br><br>        Plaintiff(s),<br><br>    v.<br><br>DETECTIVE MICHAEL WARD, et al.,<br><br>        Defendant(s). | No. C06-2993 MMC (BZ)<br><br>**ORDER TO SHOW CAUSE** |

**IT IS HEREBY ORDERED** that counsel for plaintiff shall appear on **Monday, April 16, 2007 at 3:45 p.m.,** in person, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102 and show cause why they should not be held in contempt or otherwise sanctioned for violation of this court's Order filed March 30, 2007. In particular, plaintiff's counsel did not file a letter stating plaintiff's position on this discovery dispute by noon, April 3, 2007. Nor was plaintiff's counsel available by telephone to participate in the telephone conference scheduled to occur this morning, April 5, 2007 at 9:30 a.m. Both

1

counsel for defendants and my staff tried to reach Mr. Simpich and were unable to do so.

Dated: April 5, 2007

                                                     _____
                                                     Bernard Zimmerman
                                                     United States Magistrate Judge

G:\BZALL\-REFS\SALISBURY\OSC.wpd