UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SALISBURY, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> DETECTIVE MICHAEL WARD, et ) <br> al., ) <br> ) <br> Defendant(s). ) <br> ) <br> _____) | No. C06-2993 MMC (BZ) <br><br> **SCHEDULING ORDER** |

Defendant's motion seeking monetary and terminating sanctions having been referred to me, and for good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition, if any, shall be filed by **May 15, 2007**.

2. Defendant's reply, if any, shall be filed by **May 22, 2007**.

3. The matter will be heard on **Wednesday, May 30, 2007** at **10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Insofar as any discovery remains in dispute, the parties shall abide by the process outlined in my Initial Discovery

1

1 | Order.
2 | Dated: May 1, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SALISBURY\Sch.ORDER.wpd