UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SALISBURY, ) | |
| ) | |
| Plaintiff(s), ) | No. C06-2993 MMC (BZ) |
| ) | |
| v. ) | **ORDER IMPOSING SANCTIONS** |
| ) | |
| DETECTIVE MICHAEL WARD, et ) al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

Before me is defendants' motion for sanctions relating to plaintiff's failure to timely produce discovery. For the reasons given during the hearing, **IT IS ORDERED** pursuant to Civil Local Rule 1-4 and Federal Rules of Civil Procedure 16(f) and 37(b), that in the event plaintiff seeks to recover attorneys fees expended in litigating this action, he shall be barred from recovering fees or costs for work done in responding to defendants' January 2007 discovery requests and in opposing any of the related motions to compel discovery or for sanctions. Except as so granted, the motion for sanctions

1

is **DENIED**.

Dated: May 30, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SALISBURY\ORDER.IMPOSING.SANCTIONS.BZ VERSION.wpd

2