IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SALISBURY,<br><br>    Plaintiff,<br><br>  v.<br><br>DETECTIVE MICHAEL WARD, et al.,<br><br>    Defendants.<br>_____/ | No. C-06-2993 MMC<br><br>**ORDER GRANTING PLAINTIFF'S RULE 56(f) REQUEST FOR EXTENSION OF DEADLINE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. 95) |

    Before the Court is plaintiff's request, filed June 4, 2007, for an extension, pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, of the deadline to file opposition to defendants' motion for summary judgment. Defendants have opposed plaintiff's request.

    Rule 56(f) provides: "Should it appear from the affidavits of a party opposing the motion that the party cannot for reasons stated present by affidavit facts essential to justify the party's opposition, the court may refuse the application for judgment or may order a continuance to permit affidavits to be obtained or depositions to be taken or discovery to be had or may make such other order as is just." Fed. R. Civ. P. 56(f). A party seeking a continuance "must show how additional discovery would preclude summary judgment and why a party cannot immediately provide 'specific facts' demonstrating a genuine issue of material fact." See Mackey v. Pioneer Nat'l Bank, 867 F.2d 520, 524 (9th Cir. 1989).

    Plaintiff seeks a continuance on the grounds that he seeks to (1) move, pursuant to Rule 36(b) of the Federal Rules of Civil Procedure, to set aside his deemed admissions to

defendants' requests for admission, and (2) obtain a copy of the deposition of his own expert, which plaintiff expected to have in his possession by June 14, 2007. Subsequent to filing his Rule 56(f) request, plaintiff filed, on June 17, 2007, a motion to set aside his admissions before the Honorable Bernard Zimmerman, but to date plaintiff has neither noticed such motion for hearing nor sought to have such motion heard on shortened time.

Although the showing plaintiff has made in support of his Rule 56(f) request is barely adequate, plaintiff's request is hereby GRANTED. No later than July 6, 2007, plaintiff shall file his opposition to defendants' motion for summary judgment. As defendants' lead counsel has filed notice that she is unavailable between June 27, 2007 and July 11, 2007, defendants shall file their reply no later than July 20, 2007. The motion will be taken under submission at that time unless the Court determines, after reviewing the papers, that oral argument would assist the Court.

**IT IS SO ORDERED.**

Dated: June 22, 2007

MAXINE M. CHESNEY
United States District Judge