1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9

| | | |
|---|---|---|
| MICHAEL SALISBURY, | ) | |
| Plaintiff(s), | ) | No. C06-2993 MMC (BZ) |
| v. | ) | **BRIEFING ORDER** |
| DETECTIVE MICHAEL WARD, et al., | ) | |
| Defendant(s). | ) | |

　　Having received plaintiff's motion for relief from admissions, and for good cause appearing, **IT IS ORDERED** as follows:

　　1.　By **noon on Wednesday, June 27, 2007**, plaintiff will either file written confirmation that the document currently e-filed as Exhibits 1-6 [Docket No. 101] to counsel's Declaration in Support [Docket No. 100] is correctly filed as such, or will e-file the correct exhibits with the Court;

　　2.　In light of Judge Chesney's Order dated June 22, 2007 [Docket No. 108], any opposition to plaintiff's motion will be filed by **Monday, July 2, 2007**;

　　3.　With the filing of opposition, the motion will be

1

1 | deemed submitted.
2 | Dated: July 25, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SALISBURY\BRIEF.ORDER.wpd

2