1  Kimberly E. Colwell (SBN: 127604)
   kcolwell@meyersnave.com
2  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   DET. MICHAEL WARD and CITY OF UNION CITY
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL SALISBURY,                              | Case No:  C06-02993 MMC

12 |                    Plaintiff,                   |
                                                     | **NOTICE OF DISMISSAL AND**
13 | v.                                              | **[PROPOSED] ORDER**

14 | DET. MICHAEL WARD, individually and in
     his capacity as a Union City police officer;
15 | CMDR. LANCE SANDRI, individually and his
     capacity as a Union City police officer; UNION
16 | CITY POLICE DEPARTMENT; OFC.
     SPEELMAN, individually and in her capacity     | Trial Date:  September 4, 2007
17 | as a Berkeley police officer; SGT. M.
     DOUGHERTY, individually and in his capacity
18 | as a Berkeley police officer; and DOES 1-30,

19 |                    Defendants.

20

Notice of Dismissal and [Proposed] Order [C06-02993 MMC]

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Michael Salisbury, Plaintiff, dismisses this action with
3  prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as to Defendants DET.
4  MICHAEL WARD and CITY OF UNION CITY.  Each party agrees to bear their own expenses,
5  fees and costs.

7  Dated: July 23, 2007        LAW OFFICES OF WILLIAM SIMPICH

10          By:_____/s/_____
           William Simpich
11            Attorneys for Plaintiff
           MICHAEL SALISBURY

14  Dated:  July 23, 2007       MEYERS, NAVE, RIBACK, SILVER & WILSON

16          By:_____/s/_____
           Kimberly E. Colwell
17            Attorneys for Defendants
           DET. MICHAEL WARD and
           CITY OF UNION CITY

20                **[PROPOSED] ORDER**

21      IT IS HEREBY ORDERED that this action shall be dismissed with prejudice, pursuant to
22  Plaintiff's dismissal through his counsel.

23      IT IS SO ORDERED.

24  Dated:___July 23, 2007_____        _/s/ Maxine M. Chesney_____
25                   Honorable Maxine M. Chesney

27  988844_1